UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MONIQUE YVETTE FOSTER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED FOOD & COMMERCIAL WORKERS UNION & FOOD EMPLOYERS BENEFIT FUND and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. SACV11-01519 CJC (JCGx)<br><br>**STIPULATED PROTECTIVE ORDER** |

Upon consideration of the parties' Stipulation for a Protective Order with respect to the disclosure and discovery of documents in this matter, and good cause having been shown for granting same for the reasons expressed therein, IT IS SO ORDERED.

DATED: December 16, 2011

_____
United States Magistrate Judge

14023279v.1

[PROPOSED] STIPULATED PROTECTIVE ORDER